F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 3 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00900-BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

BENJAMIN DAVIS,

    Plaintiff,

v.

HUDSON CORR FACILITY MEDICAL DEPT,
HEALTH SERVICES ADMINISTRATOR TAMI ANDING,
PA DAVID GROSS,
RN STEVENSON, and
WARDEN WILLIAMS,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, Benjamin Davis, a state prisoner currently housed in the Hudson Correctional Center in Hudson, Colorado, originally filed a Prisoner's Complaint in the United States District Court for the District of Alaska. The District of Alaska determined that the action properly was filed in the United States District Court for the District of Colorado and entered an order that transferred the action to this Court.

The United States District Court for the District of Alaska also issued an Order Granting Payment of Filing Fee in Installments on March 22, 2011, but did not assess the amount of the initial partial filing fee to be paid. Therefore, Plaintiff is directed to submit a certified copy of his prisoner account statement for the 6-month period

immediately preceding this filing.  The court will inform Plaintiff of the amount of the initial partial filing fee, if any, in a separate order after Plaintiff has cured the deficiencies in this action.

Plaintiff has submitted a Civil Cover Sheet, Complaint, Prisoner's Application to Waive Prepayment of Fees, Inmate Account Statement, Summons, and Letter.  As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1) __ is not submitted
(2) __ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing: <u>(Account statement submitted submitted does not cover 6-month period immediately preceding this filing and is not certified by an appropriate official of Plaintiff's penal institution</u>.
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the Court's current form)
(7) __ Names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the Court. Only an original has been received.
(9) _X_ Other:  <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application:**
(10) __ is not submitted
(11) _X_ is not on proper form (must use the Court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ Uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court.  Only an original has been received.
(16) __ Sufficient copies to serve each defendant/Plaintiff have not been received by the court.

(17) __ Names in caption do not match names in text
(18) __ Other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this Order** the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED April 13, 2011, at Denver, Colorado.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00900-BNB

Ben Davis
Prisoner No. 152106
Hudson Corr. Center
3001 N. Juniper St.
Hudson, CO 80642

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on April 13, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk