```
                                              FILED
                                       UNITED STATES DISTRICT COURT
                                            DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT   MAY 20 2011
FOR THE DISTRICT OF COLORADO

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00900-BNB

BENJAMIN DAVIS,

    Plaintiff,

v.

HUDSON CORR FACILITY MEDICAL DEPT,
HEALTH SERVICES ADMINISTRATOR TAMI ANDING,
PA DAVID GROSS,
RN STEVENSON, and
WARDEN WILLIAMS,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Benjamin Davis, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the Hudson Correctional Center in Hudson, Colorado. He initiated this action by filing a prisoner complaint in the United States District Court for the District of Alaska. The District of Alaska determined that the action properly was filed in the United States District Court for the District of Colorado and entered an order that transferred the action to this Court on April 6, 2011.

    In an order filed on April 13, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Davis to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Davis was directed to submit a Prisoner Complaint on the court-approved form. Mr. Davis was also directed to submit a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. The April

13 order warned Mr. Davis that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On April 25, 2011, Mr. Davis filed a letter with the Court regarding his pending cases in the District of Alaska. However, Mr. Davis has not communicated with the Court since April 25, 2011. He has failed to file a Prisoner Complaint on the court-approved form and a certified copy of his inmate trust fund statement as directed by the April 13 Order. Therefore, Mr. Davis has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Benjamin Davis, to comply with the order to cure dated April 13, 2011. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  20th  day of    May         , 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00900-BNB

Benjamin Davis
Prisoner No. 152106
Hudson Corr. Center
3001 N. Juniper St.
Hudson, CO 80642

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on May 20, 2011.

                                            GREGORY C. LANGHAM, CLERK

                                By: _____
                                                      Deputy Clerk